# IN THE U.S. DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

MITCH TAEBEL
v.
ELIZABETH A. FLYNN

-FILED-
FEB 08 2024
At _____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case No. 2:24cv49

## COMPLAINT

Plaintiff is a Celebrity TV Host, Comedian, Actor, Speaker, Published Author, Award Winning Political Film Director, SAG-AFTRA Union Member, IGFA World Record Holder, Semester At Sea Alumni, College Graduate And Presidential Candidate who was Framed for Stalking Taylor Swift. Respondent is guilty of accessory to kidnapping, conspiracy, accessory to malicious prosecution, torture, accessory to false imprisonment and making a mockery of and failing to provide "Assistance of Counsel" as guaranteed by Sixth Amendment of The U.S. Constitution which is a a Criminal Act under The Civil Rights Act 18 U.S.C. 241 & 242. Respondent who works at Braje, Nelson & Janes, LLP in Michigan City, IN here is Laporte County Failed to demand to Preliminary Probable Cause Hearing And Allowed Plaintiff Who is obviously a very competent person to be maliciously prosecuted on fraudulent allegations without probable cause and fraudulently accused of incompetence before all charges were dropped by the prosecution after Plaintiff Filed a Complaint in the U.S. District Court Mitch Taebel v. Taylor Swift 2:2023cv00258. Plaintiff is also La Lumiere High School Alumni which is the most prestigious High School in the Country as it was attended by Chief Judge Roberts of The Supreme Court of the United States and Many More Celebrities and Public figures see Wikipedia for notable alumni. Plaintiff was accused of sending threatening messages to Taylor Swift via Instagram and Pictures of firearms that were sent from an Instagram Account that didn't belong to Plaintiff and no one even had reason to think Plaintiff sent those messages or owned that account. The Prosecution clearly had no probable cause and the charges were dropped after Plaintiff made it clear on Public Record that that Instagram account was not owned or operated by Plaintiff and

Plaintiff had not sent those messages. Plaintiff however was detained for over six months before the charges were dismissed and Plaintiff was released. When obviously fraudulent competency proceedings were brought and two doctors were assigned to evaluate Plaintiff Plaintiff asked them about what Media coverage they had seen then told them Plaintiff was the greatest Celebrity on Earth and to look at all his Social Media and Read his Book which all clearly proved his Competence overwhelmingly. The Doctors who didn't even Look at Plaintiffs Social Media, Google Him or Read His Book just alleged Plaintiff was incompetent without any evidence. Plaintiff had been Maliciously prosecuted in the State of Arizona after a kidnapping Jan. 24th 2018 while attending Arizona State University for Film And Media Production see the Media Coverage Compilation Titled "The Kidnapping of Mitch Taebel" on Plaintiffs YouTube Channel @MitchTaebel which proved officers had violated a number of pursuit policies and Supreme Court of The United States Law and caused an accident which would not have occurred otherwise the criminal justice system in Maricopa County was reluctant to accept fault or release Plaintiff so Plaintiff could castigate them on TV. The County brought Fraudulent Competency evaluation proceedings and Plaintiff was found Competent. Then after Plaintiff blamed the officers in Court in the white trash state of Arizona they started another competency evaluation all to avoid a preliminary probable cause hearing, bail reduction hearing or any legal discussion whatsoever. Plaintiff's lawyer in Arizona objected to the second competency evaluation on record stating "Your Honor My Client is Clearly Competent". Respondent in Laporte County did not even object to the fraudulent competency evaluation instead she knowingly willfully acted as an accessory to the aforementioned crimes and Plaintiff the Smartest Man in America And Greatest TV Debtor and Speaker was committed to a state mental hospital for approximately 90 days before he was able to be evaluated by a Doctor who found Plaintiff obviously competent. There then was a bail reduction hearing and Respondent made no legitimate effort to get Plaintiff's excessive bail reduced. Plaintiff and Respondent met once before the bail reduction hearing after plaintiff had already been

detained for almost six months she made it clear she didn't intend to fulfill her duties as "effective assistance of counsel" as Required by the Supreme Court of The United States. Plaintiff asked her to prepare evidence showing his Film Awards and Academic transcripts to the court none of which she did. Plaintiff asked her to inform the judge Plaintiff was an award winning political film director and presidential candidate none of which she did she said "I will tell the judge you're a filmmaker" refusing to inform the court of any of the Awards Plaintiff has Received from the Los Angeles Film Awards Feb. 2017 or the Sweet As Film Festival in Toronto, Canada which clearly prove Plaintiff is a civilized intelligent human being, a respectable member of society and not a threat to the public or anyone. Plaintiff who was not even invited to speak at the hearing nor did respondent even request for Plaintiff her client to have some time to speak mentioned the "Right to Release" and "U.S. v. Salerno" however the court in accessory to kidnapping refused to reduce Plaintiffs unconstitutional excessive $15,000 "cash only" bail. Plaintiff in the Midwest mostly works as a part time TV Host with WNIT PBS and as a Film Director and while a TV Host is one of the most respectable positions on earth PBS is a nonprofit organization with insufficient funding therefore Plaintiffs TV Co-Host and Producer Donna Kavanaugh declined any payment from PBS which is why Respondent a Public Defender was appointed and why Plaintiff lacks the income to pay the filing fee and why Plaintiff requests this court appoint a U.S. Attorney to assist this lawsuit. Furthermore Respondent refused to give Plaintiff a copy of the Police reports which Plaintiff has requested many times from her. Police Reports are Public in the Great State of Indiana and Plaintiff should not have had any issues obtaining copies however Respondent would not provide copies. When Plaintiff asked for them in person the one time they met while plaintiff was still detained she claimed she had already sent them to Plaintiff who made it clear Plaintiff still had not received them. After Plaintiff was released Plaintiff made numerous calls to her office and in email to the Firm and to her direct email requesting them which she ignored. Plaintiff was finally able to attain a copy after he went to her office when she wasn't there and

Plaintiff requested the police reports from an Assistant who immediately printed a copy of the reports for Plaintiff. Plaintiff has never had a lawyer refuse to provide any documents plaintiff has requested. When Plaintiff was kidnapped some of his property was taken as evidence including his brand new Apple Mac Book Pro, iphone11, external hardrives, camera, SD Cards and Flash Drives Most of which has been returned however the prosecutors office still has some of Plaintiffs property including his New Mac Book and iPhone. When Plaintiff asked Respondent to file a motion in court requesting all property be returned she was argumentative and insisted Plaintiff needed to provide a specific list of all property that needed to be returned Plaintiff informed her that he wasn't sure of all property that was taken and knew for certain they still had his Mac Book, iPhone, external hard drives and SD Cards and to please additionally request "all property be returned" she then refused to file the motion or request the court order Plaintiffs property be returned even after the charges were dismissed. Case No. 46D01-2305-F5-000771 Respondent was by far the worst attorney Plaintiff has ever had. Attached As Exhibit 1 is the Docket History, Exhibit 2 Certificate of IGFA World Record and Exhibit 3 Are Plaintiffs H.S. And College Transcripts.

Plaintiff Demands $100 Million.

Dated: February 5th 2024

Mitch Taebel
2020 Golden Gate Dr.
Long Beach, IN 46360
(219) 346-0017

# EXHIBIT 1

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## State of Indiana v. Mitchell T. Taebel

| | |
|---|---|
| Case Number | 46D01-2305-F5-000771 |
| Court | LaPorte Superior Court 1 |
| Type | F5 - Felony 5 |
| Filed | 05/31/2023 |
| Status | 12/18/2023 , Decided |
| Reference | Prosecutor Case Management Number |
| | 46D01-2305-F5-DM2541111 |
| | Police Agency Number |
| | LB230500017 |

## Parties to the Case

**Defendant** Taebel, Mitchell T.

*Description*
Male, White, 5' 10", 185 lbs.

*Address*
2020 Golden Gate Drive
Long Beach, IN 46360

*Attorney*
Elizabeth Ann Flynn
*#2058364, Public Defender*

126 East 5th Street
P.O. Box 1006
Michigan City, IN 46361-8206
219-872-2100(W)

**State** State of Indiana
**Plaintiff**

*Attorney*
Charles D. Watterson
*#3481946, Lead*

300 Washington ST
STE 302
Michigan City, IN 46360
219-874-5611(W)

*Attorney*
Sean Philip Fagan
*#3258264*

LaPorte County Prosecutor's Office
300 Washington St, Ste 302
Michigan City, IN 46360
219-326-6808(W)

## Charges

01  03/25/2023  35-45-10-5(a)/F5: Stalking where def. threatens sexual battery serious bodily injury or death

Citation#
   LB230500017
Statute
   35-45-10-5(a)
Degree
   F5

02  04/05/2023  35-45-2-1(a)(1)/F6: Intimidation: Threat to commit a forcible felony

| | |
|---|---|
| Statute | 35-45-2-1(a)(1) |
| Degree | F6 |

03  03/25/2023  35-46-1-15.1(a)(1)/MA: Invasion of Privacy-Violates protective order under IC 34-26-5 to prevent dom

| | |
|---|---|
| Statute | 35-46-1-15.1(a)(1) |
| Degree | MA |

04  03/25/2023  35-45-2-2(a)(2)/MB: Harassment by telegraph, mail, or other written communication

| | |
|---|---|
| Statute | 35-45-2-2(a)(2) |
| Degree | MB |

## Chronological Case Summary

| 05/31/2023 | Case Opened as a New Filing |
|---|---|

| 05/31/2023 | Case Filed Electronically |
|---|---|
| | Added By EFile Manager |

| 05/31/2023 | Appearance Filed |
|---|---|
| | Appearance Michigan City |
| For Party: | State of Indiana |
| File Stamp: | 05/31/2023 |

| 05/31/2023 | Motion to Seal Public Records Filed |
|---|---|
| | Motion |
| Filed By: | State of Indiana |
| File Stamp: | 05/31/2023 |

| 05/31/2023 | Probable Cause Affidavit Filed |
|---|---|
| | Sup 1 Warrant Charging and Affidavit |
| Filed By: | State of Indiana |
| File Stamp: | 05/31/2023 |

| 06/01/2023 | Order Granting Motion to Seal Public Records |
|---|---|
| Judicial Officer: | Link, John A - MAG |
| Movant: | State of Indiana |
| Movant: | Watterson, Charles D. |
| Order Signed: | 06/01/2023 |

| 06/01/2023 | Probable Cause Found: Order Issued |
|---|---|
| | BOND SET AT $15,000 CASH ONLY |
| Judicial Officer: | Link, John A - MAG |
| Movant: | State of Indiana |
| Movant: | Watterson, Charles D. |
| Order Signed: | 06/01/2023 |

| 06/01/2023 | Warrant or Writ of Attmnt for the Body of a Person Issued |
|---|---|

| 06/02/2023 | Warrant or Writ of Attmnt for the Body of a Person Served |
|---|---|

| 06/05/2023 | Order Issued |
|---|---|
| | BOND CONDITIONS |
| Order Signed: | 06/02/2023 |

| 06/05/2023 | Hearing Scheduling Activity |
|---|---|
| | Initial Hearing scheduled for 06/06/2023 at 8:30 AM. |

| 06/06/2023 | Initial Hearing |
|---|---|
| | Session: |
| | 06/06/2023 8:30 AM, Judicial Officer: Oss, Jaime M. |
| Result: | Commenced and concluded |

| | | |
|---|---|---|
| 06/06/2023 | **Hearing Scheduling Activity** | |
| | Hearing scheduled for 07/27/2023 at 8:30 AM. | |
| 06/06/2023 | **Indigent Counsel Appointed at County Expense** | |
| 06/06/2023 | **Hearing Journal Entry** | |
| | Defendant appears pro se in LPCJ by Zoom; DPA Sarah Konieczny appears by Zoom. Initial hearing held. Rights read to defendant. NOT GUILTY plea entered. Defendant requests OR; Denied. Bond remains same. PD appointed. Omnibus set on 7/27/23 at 8:30 a.m. | |
| | Judicial Officer: | Chidester, David L - SJ |
| | Hearing Date: | 06/06/2023 |
| 06/06/2023 | **Order Appointing Public Defender** | |
| | Judicial Officer: | Chidester, David L - SJ |
| | Order Signed: | 06/06/2023 |
| 06/08/2023 | **Automated Paper Notice Issued to Parties** | |
| | Order Appointing Public Defender ---- 6/6/2023 : Mitchell T. Taebel | |
| 06/08/2023 | **Automated ENotice Issued to Parties** | |
| | Order Appointing Public Defender ---- 6/6/2023 : Charles D. Watterson | |
| 06/08/2023 | **Appearance Filed** | |
| | Attorney Elizabeth Flynn enters her appearance on behalf of Defendant as public defender. | |
| | For Party: | Taebel, Mitchell T. |
| | File Stamp: | 06/08/2023 |
| 06/08/2023 | **Motion to Determine Competency to Stand Trial Filed** | |
| | Motion for Competency Evaluation | |
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 06/08/2023 |
| 06/08/2023 | **Discovery Filed** | |
| | Discovery - Superior 1 | |
| | Filed By: | State of Indiana |
| | File Stamp: | 06/08/2023 |
| 06/09/2023 | **Order Granting** | |
| | ORDER GRANTING MOTION FOR DETERMINATION OF COMPETENCY TO STAND TRIAL | |
| | Judicial Officer: | Chidester, David L - SJ |
| | Movant: | Taebel, Mitchell T. |
| | Movant: | Flynn, Elizabeth Ann |
| | Order Signed: | 06/08/2023 |
| 06/10/2023 | **Automated ENotice Issued to Parties** | |
| | Order Granting ---- 6/9/2023 : Elizabeth Ann Flynn;Charles D. Watterson | |
| 07/06/2023 | **Notice of Exclusion of Confidential Information** | |
| | Probation Department files Notice of Exclusion of Confidential Information | |
| | Filed By: | State of Indiana |
| | File Stamp: | 07/06/2023 |
| 07/06/2023 | **Report Filed** | |
| | Probation Department files Bond Investigation | |
| | Filed By: | State of Indiana |
| | File Stamp: | 07/06/2023 |
| 07/06/2023 | **Competency Evaluation Filed** | |
| | Dr. Heroldt | |
| | Date Filed: | 07/06/2023 |
| 07/07/2023 | **Automated ENotice Issued to Parties** | |
| | Report Filed ---- 7/6/2023 : Elizabeth Ann Flynn;Charles D. Watterson | |
| 07/07/2023 | **Notice Filed** | |
| | Notice of Insanity Defense | |
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/07/2023 |

| | | |
|---|---|---|
| 07/14/2023 | **Competency Evaluation Filed** | |
| | Dr. Matias | |
| | Date Filed: | 07/14/2023 |
| 07/17/2023 | **Agreement of Parties Filed** | |
| | Stipulated Motion for Commitment | |
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/17/2023 |
| 07/18/2023 | **Order Issued** | |
| | Order Signed: | 07/18/2023 |
| 07/18/2023 | **Hearing Scheduling Activity** | |
| | Hearing scheduled for 07/27/2023 at 8:30 AM was cancelled. Reason: Other. | |
| 07/19/2023 | **Automated ENotice Issued to Parties** | |
| | Order Issued ---- 7/18/2023 : Elizabeth Ann Flynn;Charles D. Watterson | |
| 07/19/2023 | **Document Filed** | |
| | Confinement Authority and Cover Letter | |
| | Filed By: | Division of Mental Health and Addiction |
| | File Stamp: | 07/19/2023 |
| 07/20/2023 | **Motion Filed** | |
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/10/2023 |
| 07/20/2023 | **Correspondence to/from Court Filed** | |
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/13/2023 |
| 07/20/2023 | **Correspondence to/from Court Filed** | |
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/14/2023 |
| 07/20/2023 | **Correspondence to/from Court Filed** | |
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/14/2023 |
| 07/20/2023 | **Correspondence to/from Court Filed** | |
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/17/2023 |
| 07/20/2023 | **Motion Filed** | |
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/17/2023 |
| 07/20/2023 | **Correspondence to/from Court Filed** | |
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/20/2023 |
| 07/27/2023 | **CANCELED Hearing** | |
| | Reason: | Other |
| | Session: | |
| | 07/27/2023 8:30 AM, Cancelled | |
| | Comment: | omnibus |
| 07/27/2023 | **Correspondence to/from Court Filed** | |
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/27/2023 |
| 07/31/2023 | **Transport Order Entered** | |
| | Order Signed: | 07/31/2023 |

| Date | Event | Details |
|---|---|---|
| 08/30/2023 | **Order Issued** | The Court, having received Defendant's Motion to Dismiss, filed on July 10, 2023, Correspondence filed on July 13, 2023, Correspondence filed on July 14, 2023, Correspondence filed on July 14, 2023, Correspondence filed on July 17, 2023, Motion for Change of Judge filed on July 17, 2023, Correspondence to Judge Vafquez filed on July 20, 2023, and Correspondence to the Dispatch filed on July 27, 2023, now makes the following Order: I. Rule 2.9 of the Judicial Code of Conduct prohibits the Court from considering ex parte communications (such as the above referenced correspondence) outside the presence/knowledge of the parties and/or their attorneys concerning a pending or impending matter. II. Should the sender desire further Court action in this matter, the sender is directed to contact his/her counsel. III. The Defendant's correspondence/pleading shall remain in the Clerk's file and/or on the chronological case summary, but the Court shall consider it stricken and will not rule on the same. |
| | Order Signed: | 08/30/2023 |
| 08/31/2023 | **Automated ENotice Issued to Parties** | Order Issued ---- 8/30/2023 : Elizabeth Ann Flynn;Charles D. Watterson;Sean Philip Fagan |
| 10/18/2023 | **Report Filed** | CST Report Competent-M.T. |
| | Filed By: | Taebel, Mitchell T. |
| | Filed By: | State of Indiana |
| | Filed By: | Division of Mental Health and Addiction |
| | File Stamp: | 10/18/2023 |
| 10/18/2023 | **Hearing Scheduling Activity** | Status Conference scheduled for 10/26/2023 at 8:30 AM. |
| 10/19/2023 | **Automated ENotice Issued to Parties** | Report Filed ---- 10/18/2023 : Elizabeth Ann Flynn;Charles D. Watterson;Sean Philip Fagan |
| 10/19/2023 | **Transport Order Entered** | |
| | Judicial Officer: | Oss, Jaime M. |
| | Party: | Taebel, Mitchell T. |
| | Order Signed: | 10/18/2023 |
| 10/26/2023 | **Status Conference** | Session: |
| | | 10/26/2023 8:30 AM, Judicial Officer: Oss, Jaime M. |
| | Result: | Commenced and concluded |
| 10/26/2023 | **Hearing Scheduling Activity** | Bail Review Hearing scheduled for 10/31/2023 at 8:30 AM. |
| 10/26/2023 | **Hearing Scheduling Activity** | Hearing scheduled for 11/30/2023 at 8:30 AM. |
| 10/26/2023 | **Hearing Journal Entry** | Defendant appears in custody by Zoom; Counsel, Elizabeth Flynn, appears by Zoom; State appears by Deputy Prosecutor Charles Watterson by Zoom. Bail review set October 31, 2023 at 8:30 a.m. Omnibus reset to November 30, 2023 at 8:30 a.m. |
| | Judicial Officer: | Oss, Jaime M. |
| | Hearing Date: | 10/26/2023 |
| 10/31/2023 | **Bail Review Hearing** | Session: |
| | | 10/31/2023 8:30 AM, Judicial Officer: Oss, Jaime M. |
| | Result: | Commenced and concluded |
| 10/31/2023 | **Hearing Journal Entry** | Defendant appears in custody by Zoom; Counsel, Elizabeth Flynn, appears by Zoom; State appears by Deputy Prosecutor Sarah Konieczny by Zoom. Bail review held. Court denies bond reduction due to the defendant's criminal history, being a moderate risk to re-offend, being a flight risk and a danger to the community. Omnibus November 30, 2023 at 8:30 a.m. |
| | Judicial Officer: | Oss, Jaime M. |
| | Hearing Date: | 10/31/2023 |
| 11/27/2023 | **Hearing Scheduling Activity** | Hearing originally scheduled on 11/30/2023 at 8:30 AM was rescheduled to 12/21/2023 at 8:30 AM. Reason: By Request. |
| 12/18/2023 | **Motion to Dismiss Filed** | MOTION TO DISMISS WITHOUT PREJUDICE |
| | Filed By: | State of Indiana |
| | File Stamp: | 12/18/2023 |

| | | |
|---|---|---|
| 12/18/2023 | **Hearing Scheduling Activity** | |
| | Hearing scheduled for 12/21/2023 at 8:30 AM was cancelled. Reason: Dismissal / Judgment. | |

| | | |
|---|---|---|
| 12/18/2023 | **Order Granting Motion to Dismiss** | |
| | The Court having examined the State's Motion to Dismiss Cause AND recall the warrant and being otherwise duly advised in the premises, now GRANTS said Motion and hereby ORDERS the above mentioned cause be dismissed without prejudice and the warrant recalled. | |
| | Judicial Officer: | Oss, Jaime M. |
| | Movant: | State of Indiana |
| | Movant: | Watterson, Charles D. |
| | Order Signed: | 12/18/2023 |

| | | |
|---|---|---|
| 12/19/2023 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion to Dismiss ---- 12/18/2023 : Elizabeth Ann Flynn;Charles D. Watterson;Sean Philip Fagan | |

| | | |
|---|---|---|
| 12/21/2023 | **CANCELED Hearing** | |
| | Reason: | Dismissal / Judgment |
| | Session: | |
| | 11/30/2023 8:30 AM, Rescheduled | |
| | Session: | |
| | 12/21/2023 8:30 AM, Cancelled | |
| | Comment: | omnibus |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# EXHIBIT 2



# WORLD RECORD
## INTERNATIONAL GAME FISH ASSOCIATION

This is to certify that

## Mitchell Taebel

Has been awarded a world angling record for a catch of the heaviest fish of a species in an approved line class category, and that the catch was made in accordance with international angling regulations.

| | |
|---|---|
| Grass Carp | 5.44 kg (12 lb 0 oz) |
| Species | Weight |
| Tippet 03 kg (6 lb) | October 23, 1999 |
| Record Category | Date of Catch |
| Coconut Creek, Florida, USA | |
| Place of Catch | |

In witness whereof, the undersigned have affixed their signatures.

Executive Committee Member    President



# EXHIBIT 3

# COLORADO MOUNTAIN COLLEGE

12/02/17                                                                                             Page 1 of 3

Mitchell T. Taebel
607 SW 10th St                                            SSN: 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
Fort Lauderdale, FL 33515

Raised Seal Not Required

Shane Larson, Registrar

```
                                               Hrs    Hrs   Grade
Course       Title               Grd R         Att    Cmpt  Points  Course Dates
```

### 2005 Fall Semester

| Course | # | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|---|---|---|---|---|---|---|---|---|
| MAT | 106 | Survey of Algebra [NT] | A- | | 4.00 | 4.00 | 14.80000 | 08/29/05-12/15/05 |
| PED | 124 | Mountain Biking [A] | A | | 1.00 | 1.00 | 4.00000 | 09/22/05-10/09/05 |
| PED | 146 | Martial Arts [A] | A | | 1.00 | 1.00 | 4.00000 | 08/30/05-12/13/05 |
| PED | 275 | Hapkido [NT] | P | | 1.00 | 1.00 | 0.00000 | 08/29/05-12/12/05 |
| PHY | 111 | Physics: Algebra-B [AA] | C- | | 5.00 | 5.00 | 8.50000 | 08/30/05-12/15/05 |
| PSY | 102 | General Psychology [P] | B+ | | 3.00 | 3.00 | 9.90000 | 08/30/05-12/16/05 |

```
                         TERM TOTALS:  15.00  15.00  41.20000  GPA =  2.9429
                   CUMULATIVE TOTALS:  15.00  15.00  41.2000   GPA =  2.9429
```

### 2006 Spring Semester

| Course | # | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|---|---|---|---|---|---|---|---|---|
| ART | 275 | Batik II [NT] | B- | | 3.00 | 3.00 | 8.10000 | 01/16/06-05/03/06 |
| MAT | 121 | College Algebra [BB] | C | | 4.00 | 4.00 | 8.00000 | 01/17/06-05/04/06 |
| PED | 185 | Fly Fishing [A] | A- | | 1.00 | 1.00 | 3.70000 | 04/20/06-04/30/06 |
| PHY | 112 | Physics: Algebra-B [AA] | D | | 5.00 | 5.00 | 5.00000 | 01/16/06-05/04/06 |

```
                         TERM TOTALS:  13.00  13.00  24.80000  GPA =  1.9077
                   CUMULATIVE TOTALS:  28.00  28.00  66.0000   GPA =  2.4444
```

### 2006 Fall Semester

| Course | # | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|---|---|---|---|---|---|---|---|---|
| BUS | 115 | Intro to Bus [A] | D | | 3.00 | 3.00 | 3.00000 | 08/28/06-12/11/06 |
| CIS | 118 | Intro to PC Applic [A] | F | R | 3.00 | 0.00 | 0.00000 | 08/29/06-12/12/06 |
| ENG | 121 | English Compositio [G] | AW | | 0.00 | 0.00 | 0.00000 | 08/28/06-12/11/06 |
| HWE | 100 | Human Nutrition [A] | D | | 3.00 | 3.00 | 3.00000 | 08/30/06-12/13/06 |
| PHI | 111 | Introduction to Ph [M] | B+ | | 3.00 | 3.00 | 9.90000 | 09/05/06-12/15/06 |

```
                         TERM TOTALS:  12.00   9.00  15.90000  GPA =  1.3250
                   CUMULATIVE TOTALS:  40.00  37.00  81.9000   GPA =  2.1000
```

### 2007 Spring Semester

| Course | # | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|---|---|---|---|---|---|---|---|---|
| CIS | 118 | Intro to PC Applic [A] | A | | 3.00 | 3.00 | 12.00000 | 01/22/07-05/04/07 |
| HIS | 202 | United States (US) [Q] | C | | 3.00 | 3.00 | 6.00000 | 01/22/07-05/04/07 |
| PHI | 112 | Ethics [M] | AW | | 0.00 | 0.00 | 0.00000 | 01/22/07-05/04/07 |

```
                         TERM TOTALS:   6.00   6.00  18.00000  GPA =  3.0000
```

STUDENT IS IN GOOD STANDING UNLESS OTHERWISE NOTED                THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT PROVIDES THAT THIS TRANSCRIPT IS NOT TO BE RELEASED

# COLORADO MOUNTAIN COLLEGE

12/02/17                                                                                           Page 2 of 3

Mitchell T. Taebel
607 SW 10th St
Fort Lauderdale, FL 33515

SSN: 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

Raised Seal Not Required
Shane Larson, Registrar

```
                                              Hrs    Hrs   Grade
Course        Title              Grd R        Att    Cmpt  Points  Course Dates
-----------------------------------------------------------------------------------
                       CUMULATIVE TOTALS:    43.00  43.00  99.9000 GPA =    2.3786

2007 Summer Semester

ENG    121   English Compositio  [G]   B      3.00   3.00   9.00000 05/29/07-08/10/07
SPE    115   Public Speaking     [A]   P      3.00   3.00   0.00000 05/29/07-06/15/07
GOOD STANDING

                            TERM TOTALS:      6.00   6.00   9.00000 GPA =    3.0000
                       CUMULATIVE TOTALS:    49.00  49.00 108.9000 GPA =    2.4200

2007 Fall Semester

PSY    110   Career Development  [A]   B-     3.00   3.00   8.10000 09/04/07-12/14/07
GOOD STANDING

                            TERM TOTALS:      3.00   3.00   8.10000 GPA =    2.7000
                       CUMULATIVE TOTALS:    52.00  52.00 117.0000 GPA =    2.4375

2009 Spring Semester

PSY    249   Abnormal Psycholog  [P]   A      3.00   3.00  12.00000 01/19/09-05/01/09
GOOD STANDING

                            TERM TOTALS:      3.00   3.00  12.00000 GPA =    4.0000
                       CUMULATIVE TOTALS:    55.00  55.00 129.0000 GPA =    2.5294

2009-10 Courses Transferred

             FROM: Broward College
             ---------------------------------------------
ART    110   Art Appreciation    [K]   T      0.00   3.00   0.00000 05/06/09-05/06/10

                            TERM TOTALS:      0.00   3.00   0.00000 GPA =    0.0000
                       CUMULATIVE TOTALS:    55.00  58.00 129.0000 GPA =    2.5294

2009 Fall Semester

ENG    122   English Comp II     [H]   A      3.00   3.00  12.00000 08/31/09-12/11/09
GOOD STANDING
```

# COLORADO MOUNTAIN COLLEGE

12/02/17                                                                                           Page 3 of 3

Mitchell T. Taebel
607 SW 10th St
Fort Lauderdale, FL 33515

SSN: 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

Raised Seal Not Required

Shane Larson, Registrar

| Course | Title | Grd R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|---|---|---|---|---|---|---|
|  |  | TERM TOTALS: | 3.00 | 3.00 | 12.00000 | GPA = 4.0000 |
|  |  | CUMULATIVE TOTALS: | 58.00 | 61.00 | 141.0000 | GPA = 2.6111 |

2010 Spring Semester

| HPR 178 | Seminar: Medical T [A] | B- | 2.00 | 2.00 | 5.40000 | 01/18/10-04/30/10 |

GOOD STANDING

|  |  | TERM TOTALS: | 2.00 | 2.00 | 5.40000 | GPA = 2.7000 |
|  |  | CUMULATIVE TOTALS: | 60.00 | 63.00 | 146.4000 | GPA = 2.6143 |

2010-11 Courses Transferred

FROM: Broward College

| MUS 120 | Music Appreciation [K] | T | 0.00 | 3.00 | 0.00000 | 05/06/10-05/06/11 |

|  |  | TERM TOTALS: | 0.00 | 3.00 | 0.00000 | GPA = 0.0000 |
|  |  | CUMULATIVE TOTALS: | 60.00 | 66.00 | 146.4000 | GPA = 2.6143 |

TOTALS: CRED.ATT = 60.00  CRED.CPT = 66.00  GRADE.PTS = 146.4000  GPA = 2.6143

```
*****************************************************************************
* *                                                                          *
* AA - Associate of Arts Degree Awarded on 08/10                             *
*                                                                            *
*****************************************************************************
```

END OF TRANSCRIPT

STUDENT IS IN GOOD STANDING UNLESS OTHERWISE NOTED                THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT PROVIDES THAT THIS TRANSCRIPT IS NOT TO BE RELEASED



# Oak Creek Ranch School
# Transcript

Oak Creek Ranch School
PO Box 4329
West Sedona, AZ 86340-4329
PH: (928) 634-5571
FAX: (928) 634-4915

Grading Scale
A= 90%-100%   GPA points = 4
B= 80% - 89%  GPA points = 3
C= 70% - 79%  GPA points = 2
D= 60% - 69%  GPA points = 1
F= 0% - 59%   GPA points = 0

Administrator's Signature: _____
Administrator's Title: _____

Taebel, Mitchell T
28 W. 332 Timberlane
West Chicago, IL 60185

SSN#: ███
DOB: ███
Entry Date: 9/2/2003
Exit Code and Date: EX  11/9/2004
Total Credits: 23.2
Cumulative GPA: 2.9800

| | | Semester 1 Grade/Credit | Semester 2 Grade/Credit | Summer 1 Grade/Credit | Summer Mid Grade/Credit | Summer 2 Grade/Credit |
|---|---|---|---|---|---|---|
| **Grades 9 - 10** | | | | | | |
| **02-03 Oak Creek Ranch School** | | | | | | |
| 10 | Art | B 0.25 | A 0.50 | | | |
| 10 | Earth Science | B 0.50 | A 0.50 | | | |
| 10 | Geometry | C 0.50 | A 0.50 | | | |
| 10 | Master Student | A 0.25 | | | | |
| 10 | Physical Education | A 0.50 | A 0.50 | | | |
| 10 | Physical Science | | | A 0.50 | | |
| 10 | Short Story - Modern Classics | B 0.50 | B 0.50 | | | |
| 10 | Spanish 1 | | | F 0.00 | | |
| 10 | World Geography | B 0.50 | A 0.50 | | | |
| 10 | World History | | B 0.50 | | | |
| **01-02 LaLumiere School, Inc.** | | | | | | |
| 9 | Algebra 1 | B+ 0.50 | C- 0.50 | | | |
| 9 | Biology | B 0.50 | C 0.50 | | | |
| 9 | English 9 | C 0.50 | C+ 0.50 | | | |
| 9 | Geography | | | | | |
| 9 | Old Testament | D 0.50 | | | | |
| 9 | Spanish I | D 0.50 | F 0.00 | | | |
| **Grades 11 - 12** | | | | | | |
| **03-04 Oak Creek Ranch School** | | | | | | |
| 11 | Mountain Biking | A 0.50 | | | | |
| 11 | Adobe Graphics | | | | | |
| 11 | Senior Literature | B 0.50 | C 0.50 | | | |
| 11 | American Literature | A 0.50 | A 0.50 | | | |
| 11 | Algebra II | A 0.50 | A 0.50 | | | |
| 11 | Physical Education | A 0.50 | A 0.50 | | | |
| 11 | Physics | A 0.50 | A 0.50 | | | |
| 11 | U.S. History | A 0.50 | A 0.50 | | | |
| 11 | Government/Economics | | | | | |
| 11 | Spanish I | A 0.50 | | A 0.50 | | |
| **04-05 BYU - Independent Study** | | | | | | |
| 12 | American Government | | B 0.50 | | | |
| **04-05 Oak Creek Ranch School** | | | | | | |
| 12 | Mountain Biking | A 0.50 | | | | |
| 12 | Art | F 0.00 | | | | |
| 12 | Senior Literature | B 0.50 | | | | |
| 12 | Advanced Math | F 0.00 | | | | |
| 12 | Physical Education | F 0.00 | | | | |
| 12 | Chemistry | B 0.50 | | | | |
| 12 | Government/Economics | A 0.50 | | | | |