UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

MITCH TAEBEL,  )
    Plaintiff,  )
       )
v.  )  CAUSE NO.: 2:24-CV-49-JVB-APR
       )
ELIZABETH A. FLYNN,  )
    Defendant.  )

## ORDER

This matter is before the Court *sua sponte*. Plaintiff Mitch Taebel, who is litigating his lawsuit without a lawyer, filed his complaint on February 8, 2024. On February 13, the Court ordered Taebel to file an amended complaint using the Court's civil complaint form for *pro se* filers and warned him that his lawsuit could be dismissed if he did not follow the Court's order. The Court also directed the clerk of court to send Taebel a copy of the form with this case's cause number filled in. On March 7, Taebel filed an amended complaint, but he did not use the Court's civil complaint form. On March 14, the Court order Taebel to file an amended complaint using the civil complaint form and either pay the filing fee or request *in forma pauperis* status. The Court gave Taebel a deadline of April 15, and warned Taebel that not following the Court's order would lead to dismissal of his lawsuit. He was given a second courtesy copy of the proper form. On April 12, Taebel filed a motion for *in forma pauperis* status, but he failed to file an amended complaint— either on the Court's form or otherwise—in response to the Court's March 14 order.

For failure to follow the Court's order, the Court hereby **DISMISSES** Taebel's complaint.

SO ORDERED on April 23, 2024.

                                              s/ Joseph S. Van Bokkelen
                                              JOSEPH S. VAN BOKKELEN, JUDGE
                                              UNITED STATES DISTRICT COURT

cc:    Mitch Taebel, *pro se*