# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MITCH TAEBEL

      Plaintiff

  v.

                                                        Civil Action No. 2:24-cv-49

ELIZABETH A. FLYNN

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: <u>Plaintiff Mitch Taebel's Complaint is DISMISSED.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Joseph S Van Bokkelen.

DATE: 4/23/2024                            CHANDA J. BERTA, CLERK OF COURT

                                                          by  s/A. Highlen_____
                                                           *Signature of Clerk or Deputy Clerk*